IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SANDRA ROGERS**                                                                 **PLAINTIFF**

v.                                        No. 1:12-cv-108-DPM

**ING LIFE INSURANCE AND
ANNUITY COMPANY, previously
AETNA LIFE INSURANCE COMPANY**                              **DEFENDANT**

ORDER

The parties have stipulated that the Defendant is misnamed. № 15. The Clerk is directed to substitute "Aetna Life Insurance Company" as the only Defendant in the case.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

  8 April 2013