IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**SANDRA ROGERS**　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　No. 1:12-cv-108-DPM

**AETNA LIFE INSURANCE COMPANY**　　　　　　　**DEFENDANT**

JUDGMENT

Rogers's claim is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2013